UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL LABOR RELATIONS BOARD,

                Petitioner,                          Case No. 1:07-CV-782

v                                          Hon. Gordon J. Quist

J and D MASONRY, INC., et al,

                Respondents.

_____/

**ORDER GRANTING PETITIONER'S MOTION FOR DISCOVERY**

        Pending before the court is Petitioner's Motion for Discovery (docket no. 44), which is unopposed. Accordingly, the motion is GRANTED. Documents requested by petitioner shall be provided within two weeks of respondents' receipt of petitioner's request, and respondents shall make witnesses available for deposition within two weeks after petitioner's receipt of the requested documents, on a date to be agreed upon by the parties.

        The hearing scheduled for December 7, 2007 at 9:00 a.m. is CANCELLED.

        IT IS SO ORDERED.

Dated:  November 16, 2007               /s/ Hugh W. Brenneman, Jr.
                                      HUGH W. BRENNEMAN, JR.
                                      United States Magistrate Judge