UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NATIONAL LABOR RELATIONS BOARD,

       Plaintiff,                                    Case No. 1:07-CV-782

v.                                                                Hon. Gordon J. Quist

J & D MASONRY, INC., et al,

       Defendants.
_____/


**ORDER GRANTING PETITIONER'S
REQUEST TO HOLD MOTION FOR SANCTIONS IN ABEYANCE**

     Pending before the court is a request by the petitioner to hold its motion for

sanctions in abeyance (docket no. 53).  Upon due consideration, the motion is GRANTED.

Petitioner's Motion for Sanctions Against Respondent Pursuant to F.R.C.P. 37(b)(2)(A), (B) and

(D) (docket no. 50), currently set for hearing on March 13, 2008 at 2:00 p.m., is ADJOURNED

to **Wednesday, April 30, 2008, at 10:00 a.m.**

     **IT IS SO ORDERED.**


Dated:  March 5, 2008                          /s/ Hugh W. Brenneman, Jr.
                                               HUGH W. BRENNEMAN, JR.
                                               United States Magistrate Judge